LAW OFFICE OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA AVA AVE., SUITE "K"
COSTA MESA, CA 92627

Telephone: (949) 722-0055
Fax: (949) 722-8416

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 11-8784 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| SIRABHORN T. MUNTARBHORN, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Sirabhorn T. Muntarbhorn, in the principal amount of $31,686.69 plus interest accrued to October 20, 2011, in the sum of $36,381.85; with interest accruing thereafter at $6.94 daily until entry of judgment, for a total amount of  $68,068.54.

DATED: 11/28/2011          By: _____
                                Clerk of the Court

                           _____
                                Deputy Clerk
                           United States District Court