LAW OFFICE OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA AVA AVE., SUITE "K"
COSTA MESA, CA 92627

Telephone: (949) 722-0055
Fax: (949) 722-8416

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>SIRABHORN T. MUNTARBHORN,<br><br>            Defendant | No. CV A 11-8784<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Sirabhorn T. Muntarbhorn, in the principal amount of $31,686.69 plus interest accrued to October 20, 2011, in the sum of $36,381.85; with interest accruing thereafter at $6.94 daily until entry of judgment, for a total amount of **$68,068.54**.

DATED: 11/28/2011        By: _____
                              Clerk of the Court

                         _____
                              Deputy Clerk
                         United States District Court